AMBLEY COULBOURN, d. b., *vs.* LUTHER T. MOORE, p. b.

*Justice of the Peace—Certiorari—Failure to perform an agreement —Compensatory Damages—Jurisdiction.*

A cause of action stated to be "An action brought for compensatory damages for neglect of an agreement for labor or work to be performed by the defendant," is not within the jurisdiction of the Justice.

(*October* 11, 1907.)

LORE, C. J., and GRUBB and BOYCE, J. J., sitting.

*Albert F. Polk* for plaintiff in error.

*Robert C. White* for defendant in error.

Superior Court, Sussex County, October Term, 1907.

CERTIORARI (No. 19, Oct. Term, 1907) to George S. Parks, a Justice of the Peace in and for Sussex County.

The record stated the cause of action as follows: "An action brought for compensatory damages of neglect of an agreement for labor or work to be performed by the defendant, wherein the plaintiff demands the sum of $14, etc." To the said record the following exception was filed, namely: "For that whereas the said Justice did not have jurisdiction of the matter, as appears from the statement of the cause of action upon the record of the said Justice."

Judgment below reversed.